# UNITED STATES DISTRICT COURT

United States **District of** Arizona

United States of America
        Plaintiff (s),
V.
Amber Ortega
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-mj-08904-N/A-LAB

Notice is hereby given that, subject to approval by the court, **Amber Ortega** (Party(s) Name) substitutes **Paul Joseph Gattone** (Name of New Attorney), State Bar No. **012482** as counsel of record in place of **Harriette Levitt** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Law Office of Paul Gattone
- Address: 301 S. Convent Tucson, AZ 85701
- Telephone: (520) 623-1922     Facsimile (520) 882-3066
- E-Mail (Optional): gattonecivilrightslaw@gmail.com

I consent to the above substitution.
Date: 4/19/2021
(Signature of Party(s))

I consent to being substituted.
Date: 4/19/2021
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/19/2021
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]