Paul Gattone
State Bar #012482
Law Office of Paul Gattone
301 S. Convent
Tucson, AZ 85701
(520) 623-1922
gattonecivilrightslaw@gmail.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | 20-mj-08904-N/A-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| Amber Ortega. | ) | **MOTION OF JOINDER** |
| Defendant, | ) | |

Defendant, through Counsel undersigned, moves the Court to join her case with case 20-mj-08905-N/A-DTF.  Defendant seeks this joinder based on the fact that she and the Defendant in the enjoining case were arrested at the same time, have the same or similar set of facts, will present the same defense, and have the same Counsel.

DATED:  June 4, 2021

               s/Paul Gattone
               Paul Gattone
               Law Office of Paul Gattone
               Appearing for Defendant

- 1 -