GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
VINCENT J. SOTTOSANTI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: vincent.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 4:20-mj-08904 (LAB) |
|---|---|
| Plaintiff, | TRIAL BRIEF |
| vs. | |
| Amber Ortega, | |
| Defendants. | |

I. **Factual Summary**

The Organ Pipe Cactus National Monument ("the park") is a U.S. national monument spanning 517 square miles in Southern Arizona. The park extends from the U.S./Mexico border north towards Why, AZ, and is bordered on the northwest by the Cabeza Prieta National Wildlife Refuge, and to the east by the Tohono O'Odham Indian Reservation. West Border Road runs east/west along the southern edge of the park along the U.S. side of the border. (Exhibit A). From October 9, 2019, through September 9, 2020, West Border Road was subject to heavy construction traffic and activity related to

border infrastructure.  This traffic included large construction vehicles and equipment.

On October 9, 2019, the park's Superintendent issued a temporary closure order pursuant to § 36 CFR 1.5(a)(1) for a small portion of the park which included West Border Road.  (Exhibit B).  Specifically, the following areas were closed:

- West Border Road (Roosevelt Reservation) from Monument Hill west to Quitobaquito Springs; and,
- All crossover roads that connect South Puerto Blanco Drive to the West Border Road.

*Id.*  The closure was in response to public safety concerns associated with border infrastructure construction activity.  *Id.*

On September 9, 2020, National Park Service (NPS) officers working within the boundaries of the park were advised that construction crew members reported two individuals were sitting on or in heavy construction equipment in an area of West Border Road which was subject to the closure order.  U.S. Border Patrol Agents and U.S. Park Rangers responded to the area and observed Nellie David sitting on the bucket of a front-end loader that was parked on West Border Road.  The Park Rangers observed the defendant standing approximately 30 yards away near the United States/Mexico border.  Park Rangers approached the defendant and made several attempts to communicate to her that the area was closed and she needed to leave.  Park Rangers also explained to Ortega that if she refused to leave the area they would have to arrest her.  Ortega refused leave the

area and was arrested[1] for violations of 36 C.F.R. § 2.32(a)(2) (Interfering with Agency Functions); and, 36 C.F.R. § 1.5 (Violation of Closures and Public Use Limits).

## II.  Summary of Charges

**a.  36 C.F.R. § 2.32(a)(2) (Interfering with Agency Functions).**

36 C.F.R. § 2.32(a)(2) prohibits: "Violating the lawful order of a government employee or agent authorized to maintain order and control public access and movement during…activities where the control of public movement and activities is necessary to maintain order and public safety."

The Government will call two U.S. Park Rangers as witnesses to testify that they informed the defendant that the area around the construction site was closed.  The Park Rangers will testify that they told the defendant that she needed to leave the area and she refused.

**b.  36 C.F.R. § 1.5 (Violation of Closures and Public Use Limits).**

36 C.F.R. § 1.5 provides that the park superintendent may: "based upon a determination that such action is necessary for the maintenance of public health and safety…close all or a portion of a park area to all public use or to a specific use or activity….violating a closure, designation, use or activity restriction or condition, schedule of visiting hours, or public use limit is prohibited."

The Government intends on admitting a copy of the closure order and map, signed by the park superintendent, under Fed. Rules of Evidence 803(8), Public Records.  The

---

[1] Nellie was also arrested and her case has been adjudicated.

Government will call a U.S. Park Ranger to testify that he informed the defendant that the park was closed and she refused to leave.

### III. Legal Issues

The Government has filed a motion to preclude any defense on the Religious Freedom Restoration Act. The Court has not ruled on the Government's motion. The defendant has filed a notice of her intent to call an expert witness to testify as to the religious significance of the land subject to the closure order. The Government objects to the defendant's expert witness testimony as irrelevant. For the reasons set forth in the Government's motion, any testimony as to the religious nature of the closed area is improper.

Respectfully submitted this 31st day of October, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*/s Vincent J. Sottosanti*

VINCENT J. SOTTOSANTI
Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 31st day of October, 2021, to:

All ECF participants