*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

United States of America,
PLAINTIFF,

                                        CR 20-08904 (LAB)

   vs.

                                        *WITNESS LIST*

Amber Ortega
DEFENDANT.

| PRESIDING JUDGE<br>Leslie A. Bowman | COURTROOM DEPUTY | | COURT REPORTER | |
|---|---|---|---|---|
| HEARING DATE(S)<br>8/3/2021 | PLAINTIFF ATTORNEY(S)<br><br>Vincent J. Sottosanti | | DEFENDANT ATTORNEY(S)<br>Paul Gattone | |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | David Good Shield | |
| 2 | | | | Andrew Kois | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |