## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

<u>United States of America,</u>
PLAINTIFF,

    vs.

<u>Amber Ortega</u>
DEFENDANT.

Mag. No.: 20-08904 (LAB)

*EXHIBIT LIST*

| PRESIDING JUDGE<br>Leslie A. Bowman | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING DATE(S)<br>8/3/2021 | PLAINTIFF ATTORNEY(S)<br>Vincent Sottosanti | DEFENDANT ATTORNEY(S)<br>Paul Gattone |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | | Arrest Report |
| 2 | | | Closure Map |
| 3 | | | Closure Order |
| 4 | | | USMS Booking Form |
| 5 | | | PTS Referral Form |
| 6 | | | Ortega Ident |
| 7 | | | Complaint |
| 8 | | | Flecc Log |
| 9 | | | Event Log |
| 10 | | | You Tube Video |