≈AO 435    Administrative Office of the United States Courts    FOR COURT USE ONLY
AZ Form (Rev. 10/2018)
Case 4:20-mj-08904-N/A-LAB   Document 44   Filed 11/08/21   Page 1 of 1

**TRANSCRIPT ORDER**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Hon. Leslie A. Bowman |
| 2 | PHONE NUMBER | 520-205-4500 |
| 3 | DATE | 11/6/2021 |
| 4 | FIRM NAME | U.S. District Court |
| 5 | MAILING ADDRESS | 405 W. Congress, Ste. 3170 |
| 6 | CITY | Tucson |
| 7 | STATE | AZ |
| 8 | ZIP CODE | 85701 |
| 9 | CASE NUMBER | 20-mj-08904-N/A-LAB |
| 10 | JUDGE | Bowman |
| 11 | DATE OF PROCEEDINGS | 11/4/2021 |
| 12 | DATE OF PROCEEDINGS | 11/4/2021 |
| 13 | CASE NAME | USA v. Amber Ortega |
| 14 | LOCATION OF PROCEEDINGS | Tucson |
| 15 | STATE | AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) Bench Trial | 11/4/2021 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | [ ] | [ ] | |
| 14 DAYS | [ ] | [ ] | |
| 7 DAYS (expedited) | [✓] | [ ] | |
| 3 DAYS | [ ] | [ ] | |
| DAILY | [ ] | [ ] | |
| HOURLY | [ ] | [ ] | |
| REALTIME | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [✓] PDF (e-mail)
- [ ] ASCII (e-mail)

E-MAIL ADDRESS: bowman_chambers@azd.uscourts.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE: *Leslie A. Bowman*

20. DATE: 11/8/2021

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY