AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Arizona_____

| United States of America | CONSENT ORDER GRANTING |
|---|---|
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| Amber Ortega | CASE NUMBER: 20-mj-08904-N/A-LAB |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __AMBER ORTEGA__ substitutes
(Party (s) Name)

__Amy Pickering Knight__, State Bar No. __031374__ as counsel of record in
(Name of New Attorney)

place of __Paul Gattone__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Knight Law Firm, PC
Address: 3849 E Broadway Blvd #288
Telephone: (520) 878-8849     Facsimile _____
E-Mail (Optional): amy@amyknightlaw.com

I consent to the above substitution.
Date: 12/03/2021

_____
(Signature of Party (s))

I consent to being substituted.
Date: 12-3-21

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/3/2021

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]