# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 20-MJ-08904-N/A-LAB |
| Plaintiff, | **ORDER** |
| v. | |
| Amber Ortega, | |
| Defendant. | |

The Court having reviewed the Defendant's Motion for Substitution of Counsel [Doc. 49], and good cause appearing,

**IT IS ORDERED** that Amy Pickering Knight, Esq. is substituted as counsel of record for Defendant Amber Ortega in the place and stead of Paul Gattone, Esq. for all further proceedings.

Dated this 6th day of December, 2021.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge