# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Amber Ortega,<br><br>　　　　Defendant. | No. 20-08904MJ-001-TUC-LAB<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Conditions of Release as to defendant Amber Ortega are modified as follows:

1. The defendant will remain released on her own Personal Recognizance and will no longer report to U.S. Pretrial Services.

2. The defendant shall not commit any federal, state, tribal or local crimes.

3. The defendant shall remain in contact with her attorney and promises to appear at all court proceedings as required.

Dated this 9th day of December, 2021.

　　　　　　　　　　　　　　　　　　_Leslie A. Bowman_
　　　　　　　　　　　　　　　　　　Honorable Leslie A. Bowman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge