**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Leslie A. Bowman | **Date:** January 19, 2022 |
| **USA v. Amber Ortega** | **Case Number:** 20-08904MJ-001-TUC-LAB |

**Assistant U.S. Attorney:** Vincent Joseph Sottosanti
**Attorney for Defendant:** Amy Pickering Knight, Retained
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☒ Released

**MOTION HEARING re: MOTION TO RECONSIDER ORDER REJECTING RFRA DEFENSE (Doc. 51)**

Defense counsel argues in support of defendant's motion (Doc. 51). The Government responds. Argument heard.

The Government makes a record that an outstanding disclosure issue is being addressed.

The Court grants the Motion to Reconsider Order Rejecting RFRA (Doc. 51) based on matters misapprehended by the Court. The Court finds that those matters did lead to the Court making manifest error in the Court's Order (Doc. 46).

The Court denies the Motion in Limine to Preclude Any Defense on the RFRA (Doc. 32) and will consider the evidence brought through Lorraine Eiler's and Amber Ortega's testimony. Considering the new evidence, the Court finds the prosecution of defendant did impose a substantial burden on the exercise of defendant's religion and that the Government has not proven a compelling Government interest.

The Court further finds defendant NOT GUILTY.

| | |
|---|---|
| **Recorded By** Courtsmart | **MH   41 min** |
| **Deputy Clerk** Susana Barraza | **Start: 11:12 AM** |
| | **Stop:  11:53 AM** |